JS-6/Entered

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PATRICK LYNN RISBECK,<br><br>Petitioner,<br><br>v.<br><br>RIVERSIDE COUNTY P.D. JOHN BORREGO, et al.,<br><br>Respondents. | Case No. EDCV 13-01772 DOC (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: October 16, 2013

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY